ADELIA A. HASELL, Individually and as Executrix of BENTLEY D. HASELL, Deceased, Appellant, *v.* LEANDER J. BUCKLEY, Individually and Doing Business under the Firm Name of L. J. BUCKLEY AND COMPANY, Respondent.

*Hasell* v. *Buckley.* 118 App. Div. 356, reversed.
(Argued October 19, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1907, reversing a judgment in favor of plaintiff entered upon the report of a referee in an action to recover commissions alleged to be payable under a contract between the plaintiff's testator and the defendant. The Special Term held that the defendant was chargeable with such commissions from March 12, 1900, to July 31, 1905. The Appellate Division held that he was chargeable with such commissions only from March 12, 1900, to April 9, 1903. The difference in these results depended upon the proper construction of the contract.

*H. H. Snedeker* for appellant.

*Henry J. Wehle* and *John H. Judge* for respondent.

*Per Curiam.* Judgment of the Appellate Division reversed, with costs in both courts, and judgment of the Special Term reinstated on the ground that under the proper construction of the contract in suit the defendant was chargeable with commissions as found by the Special Term.

CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ., concur.

Judgment accordingly.